# MOUTONDELL'ANNO LLP

Gregory P. Mouton, Jr., Esq.

+1 646 706 7481 (t)
+1 646 706 7481 (f)
gmouton@moutondellanno.com

May 26, 2017

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Via ECF

Re:   *Matthew Wright v. City of New York, et al.*, 16 Civ. 1397 (RWS)

Your Honor,

    My office represents Plaintiff Matthew Wright in the above-entitled action.  In that capacity, I write to respectfully request an adjournment of the conference currently scheduled for May 31, 2017.  Counsel for Defendants, Colin Ceriello, Esq., consents to this request.  This is Plaintiff's first request for an adjournment of this conference.

    The reason for this request is that my office is currently scheduled for a mediation in the consolidate cases of *Hoffman v. Ighodaro*, No. 16 Civ. 155 (LAK) (JCF) (S.D.N.Y.) and *McLean v. Ighodaro*, No. 16 Civ. 4380 (LAK) (JCF) (S.D.N.Y.).

    Counsel for all parties are available before 11:00 a.m. on June 5, 2017; after 3:00 p.m. on June 5, 2017; and anytime before 1:00 p.m.on June 6, 2017, should the Court be available at those times, as well.

    Thank you for your time and consideration of this matter.

                                           Respectfully submitted,

                                           /s/
                                         Gregory P. Mouton, Jr., Esq.

cc:

Colin Ceriello, Esq. (via ECF)
New York City Law Department
*Attorneys for Defendants*
100 Church Street
New York, NY  10007