UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

MATTHEW WRIGHT,

                Plaintiff,

    - against -

CITY OF NEW YORK, POLICE OFFICER ELISHA
DUNCAN, POLICE OFFICER JOHN RUDDEN,
SERGEANT TERESA SADLIER, POLICE OFFICER
BRIAN O'KEEFE, POLICE OFFICER DANIEL
CASTRO, and JOHN/JANE DOE #1-5,

                Defendants.
----------------------------------------X

16 Civ. 1397 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/17

**Sweet, D.J.**

         The motion to compel filed May 30, 2017 shall be heard at 11:00 AM on Wednesday, June 7, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Plaintiff's opposition shall be due Monday, June 5, and any reply shall be due Tuesday, June 6.

         It is so ordered.

**New York, NY**
**May 3 / , 2017**

ROBERT W. SWEET
U.S.D.J.